STATE OF NEW JERSEY IN THE INTEREST OF J.M.B.

October 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.L.C.

October 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD BELLINGER.

October 19, 1982.

Petition for certification denied.

IN THE MATTER OF TOWNSHIP OF BRIDGEWATER v. BRIDGEWATER PUBLIC WORKS ASSOCIATION.

October 19, 1982.

Petition for certification granted.

MAHLON L. FAST v. STANDARD BRANDS, INC.

October 19, 1982.

Petition for certification denied.